■ In the Matter of FREDERICK THOMPSON, Petitioner, v JUDITH A. HILLERY, Respondent.—

The extraordinary remedy of a writ of prohibition does not properly lie under the instant circumstances in view of the availability of an adequate remedy at law (see, Matter of Lipari v Owens, 70 NY2d 731; Matter of Molea v Marasco, 64 NY2d 718). Mollen, P. J., Mangano, Thompson, Rubin and Sullivan, JJ., concur.